IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:00CR269 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ELVIRA MATA, | ) | |
| a/k/a Diane Palma, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 20th day of March, 2017, this matter is before the Court on the United States's Motion for Dismissal (Filing No. 59). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED

1. The United States's Motion for Dismissal is hereby sustained.

2. Leave is granted for the United States to dismiss, without prejudice, the Indictment filed herein as to the Defendant, Elvira Mata, a/k/a Diane Palma.

3. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Elvira Mata, a/k/a Diane Palma.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Court Judge